160 A.3d 776

**Carol LEVY, Petitioner**

v.

**Robert JOHNSON and Imperial Home Inspections, LLC, Respondents**

**No. 474 MAL 2016**

Supreme Court of Pennsylvania.

November 1, 2016

## ORDER

PER CURIAM

**AND NOW,** this 1st day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.